Decision Per Curiam.

---

Louis M. Mattair, M. D. Mattair and J. J. Robinson, Plaintiffs in Error, vs. The State of Florida *ex rel.* Mary E. Mikell, Defendant in Error.

## DIVISION A.

Writ of error to Circuit Court, Suwannee county; John F. White, Judge.

*M. E. Broome,* for Plaintiffs in Error.

*F. L. Rees,* for Defendant in Error.

This action was brought by the plaintiffs in error against the defendant in error. There was judgment for the defendant, and the plaintiffs take writ of error. The judgment is affirmed.